

Leslie S. Barr
212.237.1038
lbarr@windelsmarx.com

windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

December 10, 2015

**By ECF, email: ForrestNYSDChambers@nysd.uscourts.gov and regular mail**

The Honorable Katherine B. Forrest
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   **SEC v. Michael J. Xirinachs, et al., 09-CV-7594 (KBF)**
        **Our file no. 304869/002**

Dear Judge Forrest:

This firm is counsel to David Maltz, Liquidation Agent for the United States Securities and Exchange Commission, appointed by Order of the Court entered in the referenced case on October 9, 2015. (Doc. No. 199).

Pursuant to the Court's Memo Endorsement Order of the letter dated December 9, 2015, after conclusion of the sales, the Liquidation Agent will file a motion and a proposed order confirming the sales and granting related relief on notice to all parties. Michael J. Roessner, Esq., Assistant Chief Litigation Counsel for the SEC, advises that the SEC has no objection.

Respectfully submitted,

s/ Leslie Barr
Leslie S. Barr

cc:   David Maltz, Liquidation Agent
        Richard Maltz, President, Maltz Auctions, Inc.
        Michael J. Roessner, Esq., Assistant Chief Litigation Counsel, SEC
        Matthew L. Levine, Esq., counsel for Michael J. Xirinachs

{11156917:1}