# Steckel Law Office
## Attorneys and Counselors at Law
P. O. Box 247
Marshfield, VT 05658-0247

**March 30, 2016**

*Invoice submitted to:*
**Richard Maltz**
Liquidation Agent for Securities and
Exchange Comm.
39 Windsor Place
Central Islip NY 11722

Please refer to:
**SEC/XIRI**

## Statement for Professional Services

Regarding: **SEC v. Xirinachs**
**Auction Sale of 4 Stonehouse Road,**
**Winhall, Vermont**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2015 | SJS | Telephone calls with Attorney Barr; reviewed orders and terms and conditions; telephone call with Ms. Owen of Thomas Hirchak Company re: recordation of auction; e-mail to Attorney Barr | 1.10 200.00/hr | 220.00 |
| 12/16/2015 | SJS | Reviewed e-mail from Attorney Barr with draft stipulation re: Michael W. Xirinachs executing deed to auction purchase; e-mail to Attorney Barr re: suggested changes to same | 0.30 200.00/hr | 60.00 |
| 12/17/2015 | SJS | Representation at Vermont auction location | 1.10 200.00/hr | 220.00 |
| | SJS | Travel time for auction (billed at 1/2 normal hourly rate) | 5.60 100.00/hr | 560.00 |
| 12/28/2015 | SJS | Reviewed and responded to e-mails from Attorneys Barr and Schwartz re: Vermont property transfer taxes | 0.20 200.00/hr | 40.00 |
| 12/30/2015 | SJS | E-mail to town clerk re: property transfer returns for previous transfers to Michael J. Xirinachs and Michael W. Xirinachs; reviewed same; e-mails from and to Attorney Barr re: exemptions from | 0.20 200.00/hr | 40.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | transfer, land gains and non-resident withholding taxes | | |
| 1/27/2016 SJS | Telephone conferences with Attorney Schwartz and Mr. Piwowarski of tax department; numerous e-mails to and from Attorneys Barr, Schwartz and Schittina re: mechanics of transfer, right of first refusal and support liens; prepared Property Transfer Tax Returns (3) and Quitclaim Deeds (3) | 2.80 200.00/hr | 560.00 |
| 1/28/2016 SJS | Reviewed e-mail from Attorney Barr re: extension of closing date | 0.10 200.00/hr | 20.00 |
| 1/29/2016 SJS | Telephone call from Attorney O'Toole representing Winhall Delinquent Tax Collector re: closing and delinquent taxes | 0.20 200.00/hr | 40.00 |
| 1/31/2016 SJS | Reviewed and responded to e-mail from Attorney O'Toole re: delinquent taxes | 0.10 200.00/hr | 20.00 |
| 2/1/2016 SJS | Correspondence to Mr. Piwowarski of VT Department of Taxes re: request for REW and Land Gains certificates; telephone call with Attorney Samuelson; revised and updated deeds and Property Transfer Tax returns; e-mail to Attorney Barr | 0.60 200.00/hr | 120.00 |
| 2/3/2016 SJS | Legal research re: validity of support liens; e-mails to and from Attorneys Barr, Roessner and Schwartz re: same; telephone call with Attorney Roessner re: same | 1.10 200.00/hr | 220.00 |
| 2/4/2016 SJS | Telephone call with Attorney Schwartz re: overcoming obstacles to title insurance | 0.20 200.00/hr | 40.00 |
| 2/5/2016 SJS | Telephone call with Attorney Barr re: obstacles to title insurance | 0.20 200.00/hr | 40.00 |
| 2/8/2016 SJS | Conference call with Attorneys Barr, Roessner and Massey and Mr. Maltz re: title insurance issues and alternatives; telephone call with Attorney Samuelson re: title insurance options; telephone call with Attorney Roessner re: same; e-mails to | 1.10 200.00/hr | 220.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | counsel | | |
| 2/12/2016 | SJS | Telephone conference with Attorneys Barr, Samuelson and Schwartz re: requisites for insurable title | 0.80 200.00/hr | 160.00 |
| 2/19/2016 | SJS | Prepared proposed release of judgment liens | 0.30 200.00/hr | 60.00 |
| 2/24/2016 | SJS | Updated property transfer tax returns; e-mails to and from Mr. Rottner; telephone call with Attorney Schwartz re: title insurance affidavit | 0.30 200.00/hr | 60.00 |
| 2/25/2016 | SJS | E-mails and telephone calls with Mr. Rottner and telephone calls with Town Clerk and Attorney Greene re: Xirinachs to Xirinachs deed executed but not yet recorded | 0.40 200.00/hr | 80.00 |
| 3/8/2016 | SJS | Revised and updated Maltz to Keshet deed; e-mails to and from Mr. Rottner re: same | 0.20 200.00/hr | 40.00 |
| 3/11/2016 | SJS | Revised and finalized Maltz to Keshet deed; updated transfer returns | 0.30 200.00/hr | 60.00 |
| 3/17/2016 | SJS | Emails from and to Attorneys, Schwartz and Barr and Mr. Rottner re: closing and finalization of closing documents | 0.20 200.00/hr | 40.00 |
| 3/18/2016 | SJS | Requested updated tax, HOA and fire district payoffs; finalized and submitted property transfer tax returns | 0.40 200.00/hr | 80.00 |
| 3/22/2016 | SJS | E-mails from and to Ms. Forbes of Stratton Services, Ms. Canella of Winhall Fire District, Mr. Rottner, Attorneys Samuelson and Schwartz re: delinquent assessments and closing arrangements | 0.30 200.00/hr | 60.00 |
| 3/23/2016 | SJS | E-mails from and to Ms. Forbes, Attorney O'Toole representing delinquent tax collector, and Ms. Canella of Winhall Fire District re: updated payoffs and payment arrangements; e-mails to and from Mr. Rottner re: closing statements and requested | 0.50 200.00/hr | 100.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | changes to same | | |
| 3/24/2016 | SJS | Reviewed and responded to e-mails from Attorneys Barr and Roessner re: potential filing to domesticate judgments by Patricia Jackson; researched same via Vermont Courts on Line; telephone call with Court Operations Manager for Vermont Superior Court-Bennington Civil Division re: no filing received | 0.60 200.00/hr | 120.00 |
| | | For professional services rendered | 19.20 | $3,280.00 |

Additional Charges :

| Date | Description | Price | Amount |
|---|---|---|---|
| 12/17/2015 | Mileage<br>Mileage for auction | 0.56 | 138.88 |
| 12/30/2015 | clerk's fees for vault time and photocopies<br>Clerk's fees for vault time and photocopies- Winhall Town Clerk | 12.00 | 12.00 |
| 2/16/2016 | FedEx<br>FedEx | 20.90 | 20.90 |
| | Recording fee<br>Recording fees- Order to Show Cause and Releasing Support Liens-Winhall Town Clerk | 10.00 | 70.00 |
| | Total costs | | $241.78 |
| | Total amount of this bill | | $3,521.78 |
| | Balance due | | $3,521.78 |